1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN K. CASTELLO,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF SEATTLE, et al.,<br><br>            Defendant. | CASE NO. 2:10-CV-01457-MJP<br><br>ORDER |

The Court has received and reviewed the Stipulation to Change Trial Date and Amend Case Schedule (Dkt. No. 60) and the accompanying Declaration of Fritz E. Wollett in support of the request (Dkt. No. 61).

IT IS ORDERED that the request is DENIED.

The Court considers the Assistant City Attorney's work schedule to be an internal matter within the Seattle City Attorney's Office. If other recreational responsibilities will result in Mr. Wollett's unavailability for trial in this matter, it is up to the City Attorney's Office, not the Court, to consider how to discharge their responsibility to represent the City of Seattle.

ORDER- 1

1  Additionally, a trial date of January 9, 2012 with an estimated length of seven to ten days will

2  not conflict with a vacation which is scheduled for February 20, 2012.

3      The clerk is ordered to provide copies of this order to all counsel.

4      Dated this _18th_ day of March, 2011.

                        Marsha J. Pechman
                        United States District Judge

ORDER- 2