Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN K. CASTELLO,<br><br>                Plaintiff(s),<br><br>vs.<br><br>CITY OF SEATTLE, a municipal corporation, SEATTLE FIRE DEPARTMENT, an agency of the City of Seattle, et al.,<br><br>                Defendant(s). | No.   C10-01457-MJP<br><br>**STIPULATION AND AGREED ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINE AND PERMITTING DEFENDANTS TO DEPOSE DR. MAURER AFTER THE DISCOVERY DEADLINE** |

COME NOW the parties, Plaintiff Steven Castello, represented by Gail Luhn, and Defendants City of Seattle and Angelo Duggins, represented by Fritz E. Wollett and Amy Lowen, and stipulate and ask the Court to enter an order as follows:

1. The Scheduling Order in this matter sets a discovery deadline of August 12, 2011. The parties have made good faith efforts to complete discovery during this timeframe. However, plaintiff's counsel was injured in an accident that precluded her from working full-time for a period of three weeks. As such, the parties request to extend the current discovery deadline by three weeks to September 2, 2011.

2. The Scheduling Order sets a September 12, 2011 deadline for filing dispositive

STIPULATION AND AGREED ORDER EXTENDING DISCOVERY
AND DISPOSITIVE MOTION DEADLINE AND PERMITTING
DEFENDANTS TO DEPOSE DR. MAURER (C10-01457-MJP) - 1

motions. Should the Court agree to extend the discovery deadline, the parties agree and request an extension of the dispositive motions deadline to September 26, 2011.

These dates will accommodate the parties' scheduled activities and are in keeping with the times generally established by Fed. R. Civ. P. 16(f) and (g).

A proposed order accompanies this stipulation.

DATED this 3rd day of August, 2011.

| | |
|---|---|
| LUHN LAW, PLLC | PETER S. HOLMES<br>Seattle City Attorney |
| By: s/ Gail M. Luhn<br>WSBA #27104<br>Ph: (206) 569-0071<br>Email: gail.luhn@HR-Attorney.com<br><br>Luhn Law, PLLC<br>124 Warren Ave. N., Suite 110<br>Seattle, WA 98109-4929<br>Fax: (206) 569-0072<br>Attorney for Plaintiff, Steven K. Castello | By: s/ Amy Lowen<br>WSBA #37212<br>Assistant City Attorney<br>Ph: (206) 615-0055<br>Email: amy.lowen@seattle.gov<br><br>Fritz. E. Wollett, WSBA #19343<br>Assistant City Attorney<br>Ph: (206) 684-0374<br>Email: fritz.wollett@seattle.gov<br><br>Seattle City Attorney's Office<br>600 Fourth Ave., 4th Floor<br>P.O. Box 94769<br>Seattle, WA 98124-4769<br>Fax: (206) 684-8284<br>Attorneys for Defendants City of Seattle,<br>Seattle Fire Department and Angelo Duggins |

STIPULATION AND AGREED ORDER EXTENDING DISCOVERY
AND DISPOSITIVE MOTION DEADLINE AND PERMITTING
DEFENDANTS TO DEPOSE DR. MAURER (C10-01457-MJP) - 2

| | |
|---|---|
| 1 | **ORDER** |
| 2 | This matter having come before the Court on the stipulation of the parties, the court |
| 3 | having reviewed the files relevant to this stipulation and for good cause shown, it is hereby |
| 4 | ORDERED that the discovery deadline is extended to September 2, 2011, the deadline for |
| 5 | hearing dispositive motions is continued to September 26, 2011. |
| 6 | DONE IN OPEN COURT THIS _11th__ DAY OF AUGUST, 2011. |

_[signature]_
Marsha J. Pechman
United States District Judge

| Presented by: | Approved as to Form; Notice of Presentation Waived: |
|---|---|
| LUHN LAW, PLLC | PETER S. HOLMES<br>Seattle City Attorney |
| By: s/ Gail M. Luhn<br>WSBA #27104<br>Luhn Law, PLLC<br>124 Warren Ave. N., Suite 110<br>Seattle, WA 98109-4929<br>Email: gail.luhn@HR-Attorney.com<br>Ph: (206) 569-0072<br>Fax: (206) 569-0072<br>Attorney for Plaintiff, Steven Castello | By: s/ Amy Lowen<br>WSBA #37212<br>Assistant City Attorney<br>Ph: (206) 615-0055<br>Email: amy.lowen@seattle.gov<br><br>Fritz. E. Wollett, WSBA #19343<br>Assistant City Attorney<br>Ph: (206) 684-0374<br>Email: fritz.wollett@seattle.gov<br><br>Seattle City Attorney's Office<br>P.O. Box 94769<br>600 Fourth Ave., 4th Floor<br>Seattle, WA 98124-4769<br>Fax: (206) 684-8284<br>Attorneys for Defendants City of Seattle, Seattle Fire Department and Angelo Duggins |

STIPULATION AND AGREED ORDER EXTENDING DISCOVERY
AND DISPOSITIVE MOTION DEADLINE AND PERMITTING
DEFENDANTS TO DEPOSE DR. MAURER (C10-01457-MJP) - 3