UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN K. CASTELLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　Defendant. | CASE NO. C10-1457 MJP<br><br>ORDER ON DEFENDANTS' MOTION TO FILE OVER-LENGTH BRIEF |

The Court has received and reviewed Defendants' Motion to File Over-Length Brief.

IT IS ORDERED that the motion is DENIED.

The clerk is ordered to provide copies of this order to all counsel.

Dated this _20th_ day of September, 2011.

　　　　　　　　　　　　　　　　　　　　　　／s／ Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ON DEFENDANTS' MOTION TO FILE
OVER-LENGTH BRIEF- 1