UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN K. CASTELLO, | CASE NO. C10-1457 MJP |
| Plaintiff, | ORDER ON DEFENDANTS' MOTION TO FILE OVER-LENGTH BRIEF |
| v. | |
| CITY OF SEATTLE, | |
| Defendant. | |

The Court has received and reviewed Defendants' Motion to File Over-Length Brief.

IT IS ORDERED that the motion is DENIED.

The clerk is ordered to provide copies of this order to all counsel.

Dated this _20th_ day of September, 2011.

Marsha J. Pechman
United States District Judge

ORDER ON DEFENDANTS' MOTION TO FILE
OVER-LENGTH BRIEF- 1